UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| KIMBERLY SAWYER, | Civil No. 20-2224 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant. | |

_____

Joseph McCain and Stephen J. Fields, **FIELDS LAW FIRM, LTD.**, 9999 Wayzata Boulevard, Minnetonka, Minnesota, for plaintiff.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

Plaintiff's Complaint, [Docket No. 1], is **DISMISSED** without prejudice for failure to effect service and for lack of prosecution.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: April 22, 2021
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court